# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 SEP 21 AM 9:43

CLERK _CAdous_
S. DIST. OF GA.

Melanie E. Damian, as Receiver for PFGBI, LLC,

Plaintiff

Case No. 3:15-CV-00071-DHB-BKE

v.   Trae D. Dorough, et al.

Defendant

Appearing on behalf of

Plaintiff, Melanie E. Damian, as Receiver

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 21st day of Sept, 2015

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Kenneth Dante Murena |
| Business Address: | Damian & Valori LLP |
| | Firm/Business Name |
| | 1000 Brickell Avenue, Suite 1020 |
| | Street Address |
| | Miami    FL    33131 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | (305) 371-3960        Fl Bar No. 147486 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | kmurena@dvllp.com |