IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

MELANIE DAMIAN,             *
as receiver for PFGBI, LLC, *
                            *
          Plaintiff,        *
                            *
     v.                     *         CV 315-071
                            *
TRAE D. DOROUGH, et al.,    *
                            *
          Defendants.       *

ORDER

Presently pending before the Court is Plaintiff's Voluntary Dismissal Without Prejudice of Defendant Charles T. Clements pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). A review of the docket shows that Defendant Clements has not served an answer or a motion for summary judgment. In fact, Plaintiff's motion, (doc. 7), indicates that Defendant Clements has not been served with process. Accordingly, the Court hereby **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against Defendant Clements. The Clerk **SHALL TERMINATE** Defendant Clements as a defendant in this case.

     **ORDER ENTERED** at Augusta, Georgia this 21ˢᵗ day of September, 2015.

                              _____
                              HONORABLE J. RANDAL HALL
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF GEORGIA