IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

MELANIE E. DAMIAN, as        *
Receiver for PFGBI, LLC,      *
                                        *
      Plaintiff,               *
                                        *
    v.                           *       CV 315-071
                                        *
TRAE D. DOROUGH, et al.,      *
                                        *
      Defendant.               *

**O R D E R**

Presently before the Court is the parties' Joint Motion to Transfer Venue. (Doc. 20.) Pursuant to 28 U.S.C. § 1404, the parties jointly request that the Court transfer this case to the Northern District of Georgia, Atlanta Division. Under 28 U.S.C. § 1404, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). The parties have agreed that the Northern District of Georgia meets the requirements of convenience and now consent to the transfer of the case.[1]

---

[1] The parties have also requested that the Court specifically transfer this case to Judge Batten. The Court, however, will leave that decision for the Northern District of Georgia Clerk's Office.

Accordingly, the Court **GRANTS** the parties' motion. The Clerk is **DIRECTED** to **TRANSFER** the case to the Atlanta Division of the Northern District of Georgia. Additionally, because the parties have consented to the transfer, the Clerk is **DIRECTED** to **TERMINATE** Defendants' Motion to Transfer Venue (doc. 19).

**ORDER ENTERED** at Augusta, Georgia this 18th day of November, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA